## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR29** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **TERRY LYNN FLESNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to dismiss, without prejudice, the Petition for Offender Under Supervision (Filing No. 66).

IT IS ORDERED:

1. The government's motion to dismiss, without prejudice, the Petition for Offender Under Supervision (Filing No. 66) is granted; and

2. The Petition (Filing No. 54) is dismissed without prejudice.

DATED this 13th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge