Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

## District of Nebraska

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:**   Terry Lynn Flesner           **Docket Number:** 8:03CR29

**Sentencing Judge:**   The Honorable Thomas M. Shanahan
U.S. Senior District Judge
District of Nebraska

**Date of Original Sentence:**   January 29, 2004

**Original Offense:**   Possession of Firearm by Felon 18 U.S. C. 922(g)(1)

**Original Sentence:**   Two Years Probation

**Type of Supervision:**   Probation

**Date Supervision Commenced:**   January 29, 2004

## PETITIONING THE COURT

___   To extend the term of supervision for _____, for a total term of _____.

_X_   To modify the conditions of supervision as follows:

To waive the cost of electronic monitoring, as ordered in Special Condition #1. The defendant shall not be responsible for the cost of electronic monitoring. This financial obligation shall be deemed satisfied.

## CAUSE

The offender was ordered to pay the costs of home confinement which is $589.71, as required in Special Condition #1. His financial condition precludes him from satisfactorily being able to meet this financial obligation, and if required to pay would place an extreme financial burden upon him. After withholdings, his net monthly income is approximately $1,000.00 per month. His monthly liabilities exceed his monthly income.

Respectfully submitted,

U.S. Probation Officer
Jeffrey C. Aurich
Date:

## THE COURT ORDERS

\_\_\_ No Action

\_\_\_ The Extension of Supervision as Noted Above

✓ The Modification of Conditions as Noted Above

\_\_\_ Other

Thomas M. Shanahan  /MuPIE SHTTT CAMP
Senior U.S. District Judge

JANUARY 30, 2006
Date

Prob 49
(Rev. 12/00)

# United States District Court

## District of Nebraska

### Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

The costs of home confinement, which Mr. Flesner is required to pay as ordered in Special Condition # 1, shall be waived, so that Mr. Flesner is not responsible for the costs of home confinement. Special Condition # 1 shall be deemed satisfied.

Witness: _____   Signed: _____
         Jeffrey C. Aurich                        Offender
         U.S. Probation Officer

Date: 1-20-06